

**E-FILED**
Thursday, 09 February, 2006  01:04:58 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LEO GUIDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 06-015-DRH |
| | ) | |
| JAMES E. TUSEK, | ) | |
| | ) | |
| Defendant. | ) | |

fld 2/1/6

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

This cause is before the Court on Plaintiff's motion to proceed *in forma pauperis*. Plaintiff, currently an inmate in the McLean County Jail, brings this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983.

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

28 U.S.C. § 1391(b).

The only Defendant named in this action is located in McLean County, Illinois. McLean County is situated in the federal judicial district for the Central District of Illinois. 28 U.S.C. § 93(B). The Court finds that the Central District is the appropriate forum for the hearing and determination of this civil rights action because the Defendant is located there, Plaintiff is located

CERTIFIED TRUE COPY
Norbert G. Jaworski, Clerk

BY _____
                    Deputy Clerk
DATE. 2/2/06



4

there, and all the alleged events took place there. Pursuant to 28 U.S.C. § 1404(a), and on the Court's own motion,

IT IS THEREFORE ORDERED that this action is TRANSFERRED to the United States District Court for the Central District of Illinois, Peoria Division, for a determination as to whether Plaintiff should be granted leave to proceed *in forma pauperis*, 28 U.S.C. § 1915, and such further proceedings as that court may deem appropriate. No summons shall issue in this action unless so directed by the transferee court.

IT IS SO ORDERED.

DATED: February 1, 2006.

/s/    David RHerndon
DISTRICT JUDGE

CJRA_T, CLOSED, FILE_CREATED, KLH

**U.S. District Court**
**Southern District of Illinois (East St. Louis)**
**CIVIL DOCKET FOR CASE #: 3:06-cv-00015-DRH**
**Internal Use Only**

Guider v. Tusek
Assigned to: Judge David R Herndon
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/09/2006
Jury Demand: None
Nature of Suit: 555 Prison Condition
Jurisdiction: Federal Question

**Plaintiff**

**Leo Guider**

represented by **Leo Guider**
McLean County Jail
104 West Front Street
Bloomington, IL 61701
US
PRO SE

V.

**Defendant**

**James E Tusek**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/09/2006 | 1 | COMPLAINT against James E Tusek , filed by Leo Guider.(jao) (Entered: 01/10/2006) |
| 01/09/2006 | 2 | MOTION for Leave to Proceed in forma pauperis by Leo Guider. (jao) (Entered: 01/10/2006) |
| 01/09/2006 | | ***Set/Clear Flags TRACK T SET (jao) (Entered: 01/10/2006) |
| 01/10/2006 | 3 | Letter from USDC to Plaintiff informing same of case number. (jao) (Entered: 01/10/2006) |
| 01/10/2006 | | ***File Folder Created (jao) (Entered: 01/10/2006) |
| 02/01/2006 | 4 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to CD Illinois.. Signed by Judge David R Herndon on 2/1/06. (eed) (Entered: 02/01/2006) |
| 02/03/2006 | 5 | Letter from SDIL to CDIL with original documents transferring case (tjh) (Entered: 02/03/2006) |



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF ILLINOIS

**750 Missouri Avenue**
**P. O. Box 249**
**East St. Louis, IL 62202**
**618/482-9371**

**Norbert G. Jaworski**
**Clerk of Court**

**February 3, 2006**

United States District Court
Central District of **Illinois**
Office of the Clerk of Court
309 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602

FIL ED.

FEB - 2006

06-102Y    JOHN M. W.........
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: Guider v. Tusek
    Civil Case No. 06-15-DRH

Dear Clerk:

On 2/1/06, an Order by the Honorable David R. Herndon, U. S. District Judge, was entered transferring the above-mentioned case from this District Court to the U. S. District Court, Central District of Illinois.

Enclosed are original documents 1, 2, and 4. Also enclosed is a certified copy of the docket sheet. This court is using the electronic case filing system. You may access our electronic case file at the following web address: http://ecf.ilsd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district courts to use in accessing this information. The login is "******" and the password is "******". This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat reader loaded on your computer in order to view the documents.

Please acknowledge receipt of the docket sheet by returning a signed copy of this letter.

Sincerely,

Norbert G. Jaworski, Clerk

By: /s/ TJ Hickey
    Deputy Clerk

Enclosures

Receipt Acknowledged on: _2/8/6_
By:_____

CV-18
(6/04)