E-FILED
Monday, 13 February, 2006  09:58:45 AM
 Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Leo Guider, #130145718** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO.  06-1024** |
| **James E. Tusek** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** McLean County Jail at Bloomington, IL.

      **WE COMMAND** that you produce the body of **Leo Guider**, Register No. **130145718**, who is in your custody at McLean County Jail before the United States District Court on **Tuesday, February 28, 2006, at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  February 13, 2006

                                              JOHN M. WATERS, CLERK
                                              UNITED STATES DISTRICT COURT

                                              BY: __s/M. Leininger_____
                                                   Deputy Clerk