# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Leo Guider**

vs.                                                    Case Number:  **06-1024**

**Leo Guider**

**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**DECISION BY THE COURT**.  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the complaint is dismissed for failure to state a claim upon which relief may be granted.

ENTER this 20th day of March, 2006

/s/ John M. Waters
JOHN M. WATERS, CLERK

/s/ K. Burns
_____
BY:  DEPUTY CLERK